UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| James T. Burke, | |
| Plaintiff, | |
| v. | Civil Action No. 5:21–cv–265–gwc-kjd |
| James Baker; Nicholas Deml, Commissioner; State of Vermont; Ms. Johnson, | |
| Defendants. | |

## ORDER OF DISMISSAL

On March 9, 2023, the court adopted the Report and Recommendation ("R&R") of Magistrate Judge Kevin Doyle and dismissed Plaintiff James T. Burke's Complaint without prejudice. (Doc. 56.) Mr. Burke was allowed sixty days, or until May 8, 2023, to file an Amended Complaint "on the limited basis" explained in the R&R and summarized by the court. The court determined that it would be futile for Mr. Burke to amend his complaint against the State of Vermont, Commissioner Deml, and Ms. Johnson, however, he "may attempt to cure his claims against Mr. Baker." *Id.* at 5.

As of the date of this Order, no further filings have been received. Consequently, this case is DISMISSED WITHOUT PREJUDICE; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 18th day of May 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court